UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In the Matter of:

Richard O. Gates

## **ORDER**

It appearing that Richard O. Gates may have engaged in misconduct, as such term is defined by Local Bankruptcy Rule 2019-1(I)(1)(a), and may have otherwise violated the Local Bankruptcy Rules, which apparent violations require the institution of additional proceedings, it is hereby

**ORDERED** that the Clerk's Office open a Miscellaneous Proceeding styled "In re Gates" for purposes of conducting further proceedings regarding this matter.

ENTERED:   Mar. 29, 2018

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:  Mar. 29, 2018

**Copies to:**

**Richard O. Gates**
P.O. Box 187
Chesterfield, VA 23832

**Robert Van Arsdale**
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219